UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 04-457 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER OF DISMISSAL |
| DEMPSEY ANTONIO BROWN, | ) |
| | ) |
| AND | ) |
| | ) |
| BRANDON GULLEDGE | ) |
| a/k/a Marcus Dwayne | ) |
| Edwards | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendants is dismissed with prejudice.

Dated: ___August 17, 2005_____         __s/Michael J. Davis_____
                                        Michael J. Davis
                                        United States District Court Judge